**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30330 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-00280-HA |
| v. | |
| ISMAEL ROBLES-PEREZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Ancer L. Haggerty, District Judge, Presiding

Submitted July 30, 2013[**]

Before: HUG, CANBY, and LEAVY, Circuit Judges.

Ismael Robles-Perez appeals from the district court's judgment and

challenges the 48-month sentence imposed following his guilty-plea conviction for

illegal reentry, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28

U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Robles-Perez contends that his sentence is substantively unreasonable in light of his psychological condition. The district court did not abuse its discretion in imposing Robles-Perez's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The 48-month sentence, well below the uncontested Guidelines range of 77 to 96 months, is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Robles-Lopez's extensive criminal history and five prior deportations. *See id.*

**AFFIRMED.**